

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00810-CV

Scott **HARRISON**,
Appellant

v.

Barbara **CHRISTMAN**, Boerne Housing Authority, and Michael Lloyd,
Appellees

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 23-079
Honorable Kirsten Cohoon, Judge Presiding

PER CURIAM

Sitting:     Beth Watkins, Justice
              Liza A. Rodriguez, Justice
              Lori I. Valenzuela, Justice

Delivered and Filed: January 24, 2024

DISMISSED FOR WANT OF PROSECUTION

On November 13, 2023, we issued an order striking appellant's brief for failure to comply with Rules 9.4, 9.5, and 38.1 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.4, 9.5, 38.1. We ordered appellant to file an amended brief complying with Rules 9.4, 9.5, and 38.1 by December 13, 2023. In our order, we cautioned appellant that if he did not timely file an amended brief, we would dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.9, 42.3.

As appellees Barbara Christman and Boerne Housing Authority noted in their January 4, 2024 Supplement to Appellants' Motion for Dismissal Due to Want of Prosecution, appellant did not file a response to our order. We therefore dismiss this appeal for want of prosecution. *See id.* We deny appellees' October 20, 2023 and January 4, 2024 motions to dismiss as moot.

PER CURIAM